# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00082 |
| | ) | Judge Trauger |
| [16] TODD ARKALUS BRYANT | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that the portions of the Orders entered October 5, 2011 and July 9, 2012 that severed defendant Bryant from the remaining defendants (Docket Nos. 422 and 920) are hereby **VACATED**. Mr. Bryant is now joined for trial with the only other defendant remaining for trial, defendant Betty Gentry.

It is so **ORDERED**.

ENTER this 12th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge